authority, but was seeking it, and nothing remains to show authority to make the particular contract except the testimony of Thompson to the telephonic communication with Leonard on March 25th, prompted thereto by Charles, who was present, which, in connection with Charles' letter of March 24th to Leonard, tends to show that Charles had been unable to persuade Leonard, and sought Thompson's interposition. Thompson's testimony does not outweigh the evidence against it. Order reversed, and verdict reinstated, and judgment entered thereon, with costs, besides costs of this appeal. See, also, 163 App. Div. 967, 148 N. Y. Supp. 1109.

In re CHEBRA BIKOR CHOLEM B'NAI ISRAEL ANSCHEI BARANOFF CONGREGATION. (Supreme Court, Appellate Division, First Department. January 15, 1915.) In the matter of the Chebra Bikor Cholem B'nai Israel Anschei Baranoff Congregation, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1081.

CITY OF BUFFALO, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the City of Buffalo against Clara Graham and others. No opinion. Motion to amend record on appeal denied, and motion for reargument (of 150 N. Y. Supp. 1081) denied, without costs. Held, that this court has no authority to amend the return of the City Court; that the appeal must be determined upon the record as it was upon the appeal at Special Term.

CITY OF NEW YORK, Respondent, v. BARON, Appellant. (Supreme Court, Appellate Division, First Department. January. 15, 1915.) Action by the City of New York against Harry Baron. F. E. Goldsmith, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK, Respondent, v. DE MARCO, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by the City of New York against Celestino De Marco. D. Cady Herrick, of Albany, for appellant. E. C. Kindleberger, of New York City, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 554.

HOTCHKISS, J., dissents.

CITY OF NEW YORK v. FIDELITY & DEPOSIT CO. OF MARYLAND et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the City of New York against the Fidelity & Deposit Company of Maryland, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1081.

CITY OF NEW YORK, Respondent, v. MARRIN et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the City of New York against Joseph J. Marrin and others, Commissioners. P. B. La Roche, Jr., of New York City, for appellants. L. H. La Motte, of New York City, for respondent. PER CURIAM. Orders affirmed, with $10 costs and disbursements, on the ground that no case was presented for the granting of an extra allowance, without passing upon the question of the power of the court under the statute. Orders filed.

DOWLING, J., dissents.

CITY OF NEW YORK v. NEW YORK TRUST CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by the City of New York against the New York Trust Company, as trustee. No opinion. Motion granted. Order signed. See, also, 151 N. Y. Supp. 1109.

CITY OF NEW YORK v. NEW YORK TRUST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the City of New York against the New York Trust Company. No opinion. Motion for leave to file brief granted. See, also, 151 N. Y. Supp. 1109.

CLARK, Respondent, v. COLER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by J. Peyton Clark against Bird S. Coler and others. M. Conboy, of New York City, for appellants. J. G. Meyers, of New York City, for respondent. No opinion. Judgment affirmed with costs, with leave to defendants to withdraw demurrers and to answer on payment of costs. Order filed.

CLARK v. GROSH et al. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by William O. Clark against Grace M. Grosh and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 81 Misc. Rep. 407, 142 N. Y. Supp. 966.

CLARK v. WALKER et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Joseph M. Clark against Eliza V. Walker and others. PER CURIAM. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

RICH, J., not voting.

CLARKE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by John J. Clarke, as sole administrator, etc., against the City of Syracuse. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1081) to Court of Appeals denied, with $10 costs.